JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARQUES BORNEY, <br> Petitioner, <br> v. <br> BRIAN KIBLER, Warden, <br> Respondent. | No. 2:21-cv-07289-JAK (JDE) <br><br> JUDGMENT |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction and Referring the Petition to the Ninth Circuit Court of Appeals Pursuant to Ninth Circuit Rule 22-3(A),

IT IS ADJUDGED that the petition is denied, and this action is dismissed without prejudice in this Court.

Dated: October 27, 2021

_____
JOHN A. KRONSTADT
United States District Judge